UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MEGAN KYTE,<br>    Petitioner, | Case No. 1:21-cv-19 |
| | Black, J. |
| v. | Litkovitz, M.J. |
| HAMILTON COUNTY JAIL, et al.,<br>    Respondents. | **REPORT AND<br>RECOMMENDATION** |

This habeas corpus action is before the Court on petitioner's motion to set aside sentence. (Doc. 5). On January 15, 2021, the undersigned issued an Order for petitioner to show cause in writing within thirty (30) days why the petition should not be dismissed because petitioner was not in custody when she filed the petition and for failure to exhaust her available state court remedies. (*See* Doc. 2). Petitioner subsequently filed a petition that was not responsive to the Court's Order and has otherwise failed to respond to the Order. (*See* Doc. 3). On February 24, 2021, the undersigned issued a Report and Recommendation recommending that this matter be dismissed for lack of prosecution, which remains pending. (Doc. 4).

Petitioner's motion to set aside sentence (Doc. 5) is also not responsive to the Court's January 15, 2021 Order. Accordingly, for the reasons stated in the February 24, 2021 Report and Recommendation, this action should be dismissed for want of prosecution.

Petitioner is advised that no further motions will be entertained until the Court has had the opportunity to rule on the pending Report and Recommendations.

**IT IS SO RECOMMENDED.**

Date: 3/17/2021

Karen L. Litkovitz
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MEGAN KYTE,  
    Petitioner,

v.

HAMILTON COUNTY JAIL, et al.,  
    Respondents.

Case No. 1:21-cv-19

Black, J.  
Litkovitz, M.J.

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations.  This period may be extended further by the Court on timely motion for an extension.  Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections.  If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs.  A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).