UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MEGAN KYTE, | : | Case No. 1:21-cv-19 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| HAMILTON COUNTY JAIL, *et al*. | : | |
| Defendants. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORTS AND RECOMMENDATIONS
OF THE UNITED STATES MAGISTRATE JUDGE (Docs. 4, 6)**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on February 24, 2021, submitted a Report and Recommendation. (Doc. 4). Plaintiff Megan Kyte did not file any objections to that Report and Recommendation. Instead, Plaintiff filed a motion to set aside sentence. (Doc. 5). The Magistrate Judge then submitted a second Report and Recommendation on March 18, 2021. (Doc. 6). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all the filings in this matter. Upon consideration of the foregoing, the Court finds that the Reports and Recommendations (Docs. 4, 6) should be and are hereby adopted in the entirety.

Accordingly, for the reasons stated above:

1. The Reports and Recommendations (Docs. 4, 6) are **ADOPTED**;

2. Plaintiff's motion to set aside sentence (Doc. 5) is **DENIED**;

3. Plaintiff's complaint/habeas petition (Doc. 1) is **DISMISSED** for lack of prosecution; and,

4. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** from the docket of this Court.

**IT IS SO ORDERED.**

Date: 4/28/2021                                    *s/Timothy S. Black*
                                                   Timothy S. Black
                                                   United States District Judge